AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUN 22 2018

, Clerk of Court

| United States of America | ) |
| v. | ) |
| Ruth Ann Hopp | ) Case No. M-18-1293-M |
| | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  05/10/2018  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant violated  Title 18  U. S. C. §  39A , an offense described as follows:

Aiming a laser pointer at an aircraft

Whoever knowingly aims the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft, shall be fined under this title or imprisoned not more than 5 years, or both.

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

_____
Complainant's signature

Andrew Huminski, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  06/22/2018 @ 3:40 p.m.

_____
Juan F. Alanis
~~J. Scott Hacker~~, US Magistrate Judge
*Judge's signature*
*Printed name and title*

City and state:  McAllen, Texas

AO 91 (Rev. 02/09) Criminal Complaint

# ATTACHMENT A

I am a Special Agent of the Federal Bureau of Investigation (FBI), and have knowledge of the following facts:

1. On or about 04/28/2018, while conducting surveillance of 2720 West Jonquil Avenue in McAllen, Texas - the suspected origin point of numerous laser strikes targeting aircraft on approach to McAllen International Airport (MFE) - US Customs and Border Protection (CBP) aircraft N3972A was illuminated by a green laser. The pilot of the aircraft identified the laser originated from the aforementioned address; the Forward Looking Infrared camera operator, Air Enforcement Agent (AEA) Scott Solis, was struck in the left eye by the laser beam.

2. On or about 05/10/2018, AEA Scott Solis was piloting a privately owned Piper Cherokee 140 aircraft (N5585F) and was struck by a green laser while on approach to MFE. AEA Solis identified the origin of the green laser as 2720 West Jonquil Avenue. CBP aircraft Omaha 19E began video surveillance of the address and observed an unidentified individual in the back yard of the residence. AEA Solis approached on foot and identified the individual in the back yard as Ruth Ann Hopp.

3. Subsequent FBI video surveillance of the back yard of 2720 West Jonquil Avenue has recorded numerous instances of Ruth Ann Hopp aiming a laser device at aircraft on approach to MFE.